NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BASSAM MINAWI,                    )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-4255
                                  )
G. ANDREW GRACY, as personal      )
representative of the Estate of Anwar )
Minawi, deceased,                 )
                                  )
          Appellee.               )
_____ )

Opinion filed October 19, 2018.

Appeal from the Circuit Court for
Pinellas County; Linda R. Allan, Judge.

Bassam Minawi, pro se.

Brandon D. Bellew and Caitlein J. Jammo
of Johnson, Pope, Bokor, Ruppel & Burns,
LLP, Clearwater, for Appellee.


PER CURIAM.

          Affirmed.


KELLY and SALARIO, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.